AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. sec. 922(g)(1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  Maximum 10 years imprisonment
3 years supervised release
$250,000 fine
$100 special assessment
forfeiture

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FILED
JAN 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**DEFENDANT - U.S**
▶ George Moore, Jr.

DISTRICT COURT NUMBER
**4-19-70058 MAG**

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
ATF Special Agent Whitney Hameth

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.
_____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
_____

Name and Office of Person Furnishing Information on this form   AUSAs Frank Riebli and Shiao Lee
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Frank Riebli and Shiao Lee

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   If "Yes" give date filed _____
☐ No

DATE OF ARREST ▶ Month/Day/Year  01/10/2019

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
JAN 11 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| United States of America<br>v.<br>George Moore, Jr.<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4-19-70058 MAG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 10, 2019__ in the county of __Alameda__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 922(g)(1) | Felon in Possession of Firearm or Ammunition |

This criminal complaint is based on these facts:
See attached affidavit of ATF Special Agent Whitney Hameth

☐ Continued on the attached sheet.

Approved as to form ___[signature]___
AUSAs Frank Riebli and Shiao Lee

___[signature]___
*Complainant's signature*

ATF SA Whitney Hameth
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/10/2019

___[signature]___
*Judge's signature*

City and state: Oakland, CA

Hon. Kandis A. Westmore, U.S. Magistrate
*Printed name and title*

# AFFIDAVIT OF SPECIAL AGENT WHITNEY HAMETH
# IN SUPPORT OF COMPLAINTS AND SEARCH WARRANTS

I, Whitney Hameth, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state:

## I.     INTRODUCTION

1. I make this affidavit in support of an application for a criminal complaint charging George MOORE, Jr. with being a felon in possession of a firearm or ammunition in violation of 18 U.S.C. § 922(g)(1).

2. The statements contained in this affidavit are based on my own investigation, information provided to me by or through other law enforcement agents, investigators and individuals with knowledge of this matter, through my review of documents related to this investigation, and my training and experience as an ATF Special Agent. This affidavit summarizes such information in order to show that there is probable cause to believe that MOORE has committed the offense of being a felon in possession of a firearm or ammunition. This affidavit does not purport to set forth all of the evidence gathered to date in this investigation.

## II.    AGENT BACKGROUND

3. I am a Special Agent with ATF and have been so employed since September of 2015. I am presently assigned to the ATF Oakland Field Office in Oakland, California. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and Special Agent Basic Training at the ATF National Academy. The training that I received at the academy included formalized instruction in, among other things, drugs, firearms, and violent crime-related investigations, drug identification and detection, interdiction, familiarization with United States drug and firearms laws, financial investigations and money laundering, identification and seizure of drug and firearms tracking related assets, physical and

electronic surveillance, weapon qualification and tactics, operation and use of confidential sources, and undercover operations.  Prior to working as an ATF Special Agent, I received a Bachelor of Science degree in Criminal Justice and a Master's of Criminal Justice degree.

    4.    As an ATF Special Agent, I have conducted and participated in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances.  I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking.  During these investigations, I have participated in various types of investigative techniques, including electronic surveillance, undercover agents and informants, and controlled purchases of firearms and narcotics from suspects.  I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants.  In addition to using the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, GPS location information, pen registers and trap and trace devices, information from an order authorizing the interception of wire and electronic communications of cellular telephones, financial records, utility records, and telephone toll and subscriber records.  I have interviewed individuals, as well as conferred with other law enforcement officers about the slang, codes, symbols, graffiti, and dress of gang members, criminals' use of telephones, e-mails, and other methods of communication to conduct their criminal activities, and criminals' use of false and fictitious identities to thwart law enforcement investigation of their activities.

## III.    RELEVANT STATUTES

    5.    18 U.S.C. § 922(g)(1) makes it unlawful to be a felon in possession of a firearm or ammunition that has moved in or affects interstate commerce.

///

///

///

IV.     **FACTS ESTABLISHING PROBABLE CAUSE**

6.      On January 9, 2019, I obtained a federal search warrant for MOORE's residence located at 2760 Sulphur Drive, Hayward, California, to search for, among other things, firearms and narcotics believed to be contained therein.

7.      On January 10, 2019, federal agents with the assistance of local law enforcement executed the above-mentioned search warrant and found a Mossberg 500A shotgun bearing serial number K888504, loaded with three Federal two Winchester 12 gauge rounds of ammunition, in MOORE's and his wife's bedroom underneath their bed. The firearm loaded with the ammunition was found underneath the bed on the side closest to the nightstand where MOORE's identification card and prescription medication were located. Prior to entering the residence, Alameda County Sheriff's Office personnel asked MOORE and his wife regarding other occupants or dangerous items inside the residence. Both MOORE and his wife said that a shotgun was located underneath their bed. Prior to the search of the residence, an agent asked MOORE if there was anything dangerous inside the residence. MOORE said that he had already told other law enforcement officers that there was a loaded shotgun underneath his bed. MOORE further stated without being prompted that he had obtained the firearm shortly after being robbed many years ago. Later, following Miranda warnings and waiver, MOORE acknowledged being honest with agents regarding the shotgun.

8.      I have spoken to ATF Special Agent Chris Bailey, who is an expert on the interstate nexus involving firearms. According to SA Bailey, the above-described firearm and ammunition were manufactured outside of California and traveled through interstate commerce in order to have been found in MOORE's residence.

9.      I have reviewed MOORE's criminal history report and determined that at the time he possessed the firearm and ammunition, he had been convicted of a felony punishable by a term of imprisonment of more than one year, specifically: on December 10, 1982, he sustained a felony conviction of California Health & Safety Code § 11350 (possession of a controlled substance); on March 3, 1984, he sustained a felony conviction of California Health & Safety

3

Code § 11351 (possession of a controlled substance for sale).

## V.    CONCLUSION

10. Based on my training and experience and my participation in this investigation, it is my opinion that there is probable cause to believe that MOORE violated 18 U.S.C. § 922(g), being a felon in possession of a firearm or ammunition, and I request that the Court issue a complaint against MOORE.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

_____
ATF Special Agent Whitney Hameth

Subscribed and sworn to before me this 11th day of January, 2019 in Oakland, California.

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge